617 A.2d 1270

**Stephen J. MORGO, Petitioner,**

v.

**STATE EMPLOYEES RETIREMENT BOARD, Respondent.**

Supreme Court of Pennsylvania.

Jan. 20, 1993.

## ORDER

PER CURIAM:

The Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court entered on April 10, 1992 at No. 754 C.D.1991 is reversed, and the matter is remanded to the State Employees' Retirement Board for determination of Petitioner's pension benefits. *See Glancey v. Commonwealth of Pennsylvania, State Employees Retirement Board,* 530 Pa. 481, 610 A.2d 15 (1992).